# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3002

_____

| | | |
|---|---|---|
| In re:  John R. Burwell, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| ---------------------------- | * | |
| | * | |
| Randall L. Seaver, Trustee, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | Bankruptcy Appellate Panel |
| | * | for the Eighth Circuit. |
| Burwell Family Limited Partnership; | * | |
| RHFP, LLC, | * | [UNPUBLISHED] |
| | * | |
| Appellants, | * | |
| | * | |
| John R. Burwell; Albert Kelly, Jr., | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: October 9, 2009
Filed:  October 23, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Burwell Family Limited Partnership and RHFP, LLC, appeal from the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] judgment in favor of Randall Seaver, the Trustee of defendant John Burwell's bankruptcy estate. Reviewing the bankruptcy court's factual findings for clear error and its conclusions of law de novo, see In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002), we agree with the BAP's analysis. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the Trustee's motion to dismiss.

------------------------------

[1]The Honorable Nancy C. Dreher, Chief Judge, United States Bankruptcy Court for the District of Minnesota.